## STATE OF CONNECTICUT *v.* RICHARD BRECKENRIDGE

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 490 (AC 20501), is denied.

*Gerald E. Bodell,* special public defender, in support of the petition.

Decided December 20, 2001

## SHERWOOD WAYNE WARREN *v.* COMMISSIONER OF CORRECTION

The petitioner Sherwood Wayne Warren's petition for certification for appeal from the Appellate Court, 66 Conn. App. 902 (AC 20336), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.